RHK

FILED BY MAIL

MAR 12 2001

CLERK US DIST COURT

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

**MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,**

Civil File No. 00-CV-2442 RHK/JMM

Plaintiffs,

vs.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MARTIN O'HALLORAN AND ORDER**

**NATIONAL SURFACE CLEANING, INC. and MARTIN O'HALLORAN,** individually,

Defendants.

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P.41(a)(1), the Plaintiffs hereby dismiss without prejudice Defendant Martin O'Halloran from the above-captioned matter, due to their inability to effect service upon O'Halloran. The Plaintiffs will proceed only against Defendant National Surface Cleaning, Inc.

Date: March 9, 2001

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]

Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-204
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED MAR 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

IT IS HEREBY ORDERED that Defendant Martin O'Halloran is dismissed from this action without prejudice, that the action shall proceed against the corporate defendant National Surface Cleaning, Inc., and that the caption shall be changed accordingly.

Date: 3/13/01

Richard H. Kyle
Judge of District Court