UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil File No. 00-2442 RHK/JMM

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS= EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Plaintiffs,

vs.

**PARTIAL SATISFACTION OF JUDGMENT**

NATIONAL SURFACE CLEANING, INC.,

Defendant.

Pamela Hodges Nissen, as attorney for the Minnesota Laborers Fringe Benefit Funds, the Plaintiffs herein, hereby certifies that the judgment entered and docketed in the court in the above-entitled action on the 26th day of April, 2001, in the amount of Two Hundred Thirty-Nine Thousand Five Hundred Fifty-Two Dollars and 91/100 ($239,552.91) has been partially satisfied in the amount of One Hundred Nine Thousand Three Hundred Thirty-Eight Dollars and 39/100 ($109,338.39). The balance remaining due and owing is One Hundred Thirty Thousand Two Hundred Fourteen Dollars and 52/100 ($130,214.52).

IN TESTIMONY WHEREOF, I have hereunto set my hand this 21st day of March, 2006.

Date: March 21, 2006

MCGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By ______________________

Pamela Hodges Nissen
Atty. Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

*Attorneys for Plaintiffs*

On March 21, 2006, before me personally appeared Pamela Hodges Nissen, known to be the person described herein and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

______________________
Notary Public

240006.DOC

PATRICIA A. WALSH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010