**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Kari L. Breems, being first duly sworn upon oath, deposes and states that on the 21st day of March, 2006, she served a copy of the following:

1. Partial Satisfaction of Judgment; and
2. Affidavit of Service.

upon:

National Surface Cleaning, Inc.
c/o CT Corporation System, Inc.
405 Second Avenue South
Minneapolis, MN 55401

by depositing the same with postage prepaid with the United States mail at Minneapolis, Minnesota.

Kari L. Breems
Kari L. Breems

Subscribed and sworn to before me
this 21st day of March, 2006.

Patricia A Walsh
Notary Public

PATRICIA A. WALSH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

240262